# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                           Plaintiff,<br><br>v.<br><br>BANANA REPUBLIC ITM, INC., and DOES 1-10,<br><br>                           Defendants. | Case No.: 20cv1671-BEN (NLS)<br><br>**ORDER RESETTING EARLY NEUTRAL EVALUATION CONFERENCE** |

The Court **RESETS** the Early Neutral Evaluation Conference for **February 11, 2021** at **10:00 a.m.** The parties may submit an updated joint status report as to settlement by **February 8, 2021** if any progress is made before this date.

   **IT IS SO ORDERED.**

Dated: January 19, 2021

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge